1  SAFEWAY INC.
2  STEPHEN Q. ROWELL #098228
   E-mail: stephen.rowell@safeway.com
3  THEODORE K. BELL #184289
4  E-mail: tad.bell@safeway.com
   5918 Stoneridge Mall Road
5  Pleasanton, CA  94588-3229
6  Telephone:  (925) 467-3936
   Facsimile:   (925) 467-3214
7
8  Attorneys for Defendant
   SAFEWAY INC.
9
                    UNITED STATES DISTRICT COURT
10
                    NORTHERN DISTRICT OF CALIFORNIA
11  _____
12  CRAIG YATES, an individual,        )
                                       )  No.  CV 11-1571 SI
13                                     )  Related to CV 11-0873 SI
                        Plaintiff,     )
14       vs.                           )
                                       )  STIPULATION RE
15                                     )  CONTINUING DEADLINE FOR
    SAFEWAY, INC., a Delaware          )  PARTIES TO CONDUCT JOINT
16  Corporation,                       )  SITE INSPECTION; AND
                                       )  [~~PROPOSED~~] ORDER
17                                     )  THEREON
                        Defendants.    )
18  _____     )
                                       )
19  CRAIG YATES,  an individual,       )
                                       )
20                                     )  Trial Date:  None Set
                        Plaintiff,     )
21       vs.                           )
                                       )
22  PERKOS CAFÉ; SAFEWAY, INC.;        )
23  GLEN WIENKE; TAMRA WIENKE;         )
    LEE ROY CAMPBELL; and DOES 1       )
24  through 50, Inclusive,             )
                                       )
25                                     )
                        Defendants.    )
26                                     )
    _____     )
27
28
                              - 1 -

# INTRODUCTION

Plaintiff contends that he was unlawfully denied access to the Tacos El Rey Restaurant at the Willow Tree Plaza Shopping Center in Lakeport, California. Safeway owns the shopping center. Under his lease agreement with Safeway, the restaurant's owner, Narendra Sharma assumed responsibility for compliance with the ADA and related California law within the restaurant space.

On May 24, 2011, Safeway filed its answer to the Complaint as well as a Cross-Complaint for Indemnity against Mr. Sharma and the restaurant. The related case CV-11-0873SI involves the subject Tacos El Rey Restaurant. Plaintiff in that case did not name Tacos El Rey or Narendra Sharma as a defendant;

Plaintiff Craig Yates submitted his injunctive relief demand to Safeway on June 1, 2011;

Mr. Sharma has filed a Chapter 13 bankruptcy petition which later evolved into a Chapter 7 proceeding. Civil actions against Mr. Sharma and the restaurant have been stayed, however Safeway is informed and believes that the stay will be lifted in the very near future.

Pursuant to General Order 56, the Court ordered that a site inspection of the Tacos El Rey Restaurant take place on or before July 11, 2011.

In light of the foregoing, the parties have agreed to continue the joint site inspection in order to allow Safeway to complete service of its cross-complaint and to require Mr. Sharma to meaningfully participate in inspection and/or resolution of plaintiff's claims.

IT IS STIPULATED:

That plaintiff CRAIG YATES and defendant SAFEWAY, INC., Delaware Corporation agree, stipulate and respectfully request that the last

1 day for the parties and counsel to conduct the joint inspection of the
2 premises be continued up to and including August 30, 2011.
3 Respectfully submitted.

THOMAS E. FRANKOVICH
A PROFESSIONAL LAW
CORPORATION

Dated: 6/24/11, 2011

By: _____
Thomas E. Frankovich
Attorneys for Plaintiff Craig Yates

SAFEWAY, INC.

Dated: 6/28, 2011

By: _____
Stephen Q. Rowell
Attorneys for Defendant Safeway Inc.

## ORDER

IT IS SO ORDERED that the last day for the parties and counsel to conduct the joint site inspection of the premises be continued up to and including August 31, 2011.

Dated: 6/29/11

_____
Honorable Susan Illston
Judge, United States District Court

-3-
STIPULATION RE CONTINUING DEADLINE TO CONDUCT JOINT SITE INSPECTION
Case No. CV-11-1571 LB