**Thimesch Law Offices**
TIMOTHY S. THIMESCH, Esq. (No. 148213)
GENE FARBER, Esq., Esq. (No. 44215) – Of Counsel
158 Hilltop Crescent
Walnut Creek, CA 94576-3452
Direct: (925) 588-0401
Facsimile: (888) 210-8868
tim@thimeschlaw.com
genefarber@gmail.com

Attorneys for Plaintiff
CRAIG YATES

| GLEN WIENKI | TAMRA WIENKI |
|---|---|
| gwienke@yahoo.com | gwienke@yahoo.com |
| 829 11th Street | 829 11th Street |
| Lakeport, CA 95453 | Lakeport, CA 95453 |
| Fax: 707-262-1160 | Fax: 707-262-1160 |
| PRO SE | PRO SE |

STEPHEN QUENTIN ROWELL, ESQ., No. 098228
SAFEWAY, INC.
5918 Stoneridge Mall Road, Bldg. G
Pleasanton, CA 94588-3229
(925) 467-3936
Fax: (925) 467-3214
Email: stephen.rowell@safeway.com

Attorneys for Defendant SAFEWAY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>    Plaintiff,<br><br>vs.<br><br>PERKO'S CAFÉ; SAFEWAY, INC.; GLEN WIENKI; TAMRA WIENKI; [LEE ROY CAMPBELL]; DYNACO, INC.; and DOES 2 through 50, Inclusive,<br><br>    Defendants. | Case No. CV-11-0873 SI<br>Civil Rights<br><br>Related Case Yate's v. Safeway, Inc., No. CV-11-1571-SI<br><br>**STIPULATION AND [Proposed] ORDER EXCUSING COUNSEL AND PARTIES FROM ATTENDING SITE INSPECTION** |

**TO THE COURT:**

To manage expenses in this ADA matter involving a remote location in Lake County, the Parties hereby stipulate and request

**Stipulation and Proposed Order Re Site Inspection:**
**Case No. CV-11-0873 SI**

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401

1  that the Court excuse Plaintiff and Plaintiff's Counsel from
2  attending the site inspection, as otherwise required under
3  General Order 56, ¶3. If so permitted, the site inspection will
4  be attended on Plaintiff's behalf solely by his access
5  consultant, Karl Danz. The Parties will hold a later in-person
6  meeting between the Parties, counsel and consultants in the Bay
7  ////
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Thimesch Law Offices
158 HILLTOP CRESCENT
WALNUT CREEK, CA
94597-3452
(925) 588-0401

**Stipulation and Proposed Order Re Site Inspection: Case No. CV-11-0873 SI**         — 2 —

1  Area, i.e. per General Order 56 ¶4 – to discuss settlement.
2  **SO STIPULATED.**
3
4  Dated: July 5, 2011                TIMOTHY S. THIMESCH
                                      THIMESCH LAW OFFICE
5
6
7  _____
   Attorneys for Plaintiff
8  CRAIG YATES

9  Dated: July 5, 2011                STEPHEN QUENTIN ROWELL, ESQ.
                                      SAFEWAY, INC.
10
                                      /s/ Authorized Signed
11                                    _____
                                      Attorneys for DEFENDANT
                                      SAFEWAY, INC.
12

13 Dated: July 5, 2011                GLEN WIENKE

14                                    /s/ Authorized Signed
                                      _____
                                      PRO SE
15

16 Dated: July 5, 2011                TAMRA WIENKE

17                                    /s/ Authorized Signed
                                      _____
                                      PRO SE
18

19                                    **ORDER**

20     SO ORDERED. _____
21     _____
22     _____
23     _____.

24
25 Dated: ____7/6/11_____        _____
                                      HON. SUSAN ILLSTON
26                                    U.S. District Court Judge
27
28

**Stipulation and Proposed Order Re Site Inspection: Case No. CV-11-0873 SI**                — 3 —

Thimesch Law Offices
158 Hilltop Crescent
Walnut Creek, CA
94597-3452
(925) 588-0401