UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
CRAIG YATES                    )
                               )
        Plaintiff(s),          )      No. C11-00873 SI (BZ)
                               )
    v.                         )
                               )
PERKO'S CAFÉ, et al.,          )
                               )      NOTICE OF RECUSAL
                               )
        Defendant(s).          )
                               )
                               )
                               )
_____)
```

I hereby recuse myself in the above action.

Dated: September 9, 2011

                                          Bernard Zimmerman
                                United States Magistrate Judge

G:\BZALL\-BZCASES\YATES RECUSAL.wpd

1