UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES<br><br>      Plaintiff(s),<br><br>  v.<br><br>PERKO'S CAFÉ, et al.,<br><br>      Defendant(s). | No. C11-00873 SI (BZ)<br><br>**NOTICE OF RECUSAL** |

I hereby recuse myself in the above action.

Dated: September 9, 2011

                                                      Bernard Zimmerman
                                     United States Magistrate Judge

G:\BZALL\-BZCASES\YATES RECUSAL.wpd

1