1  SAFEWAY INC.
2  STEPHEN Q. ROWELL #098228
   E-mail: stephen.rowell@safeway.com
3  THEODORE K. BELL #184289
4  E-mail: tad.bell@safeway.com
   5918 Stoneridge Mall Road
5  Pleasanton, CA  94588-3229
6  Telephone:   (925) 467-3936
   Facsimile:    (925) 467-3214
7
8  Attorneys for Defendant
   SAFEWAY INC.
9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11  _____
12  CRAIG YATES, an individual,            )
                                           )   No.  CV 11-1571 SI
13                        Plaintiff,       )   Related to CV 11-0873 SI
                                           )
14        vs.                              )   STIPULATION AND [Proposed]
                                           )   ORDER CONTINUING THE
15  SAFEWAY, INC., a Delaware              )   CASE MANAGEMENT
16  Corporation,                           )   CONFERENCE NOW
                                           )   SCHEDULED FOR OCTOBER
17                        Defendants.      )   28, 2011
18  _____       )
19  CRAIG YATES,  an individual,           )
                                           )
20                        Plaintiff,       )   Trial Date:  None Set
                                           )
21        vs.                              )
                                           )
22  PERKOS CAFÉ; SAFEWAY, INC.;            )
23  GLEN WIENKE; TAMRA WIENKE;             )
    LEE ROY CAMPBELL; and DOES 1           )
24  through 50, Inclusive,                 )
25                                         )
                          Defendants.      )
26  _____       )
27
28
                               - 1 -

1                               **INTRODUCTION**

2        In these related cases, plaintiff alleges that he is disabled and that

3 defendants violated the Americans with Disabilities Act by denying him access

4 to the Perko's Café and Tacos El Rey Restaurant located in the Willow Tree

5 Shopping Center in Lakeport California.  The center is owned by Safeway, Inc.

6        On September 8, 2011, the court issued a notice of a Further Case

7 Management Conference to take place on October 28, 2011 at 3:00 p.m.

8 Counsel for Safeway shall be vacationing abroad on that date and, thus, will not

9 be available to attend the conference either in person or telephonically.  Subject

10 to the court's approval, the parties have agreed to stipulate to a brief

11 continuance of the conference so that all counsel and parties can participate.

12                               **STIPULATION**

13        The parties hereby stipulate that the Further Case Management

14 Conference now scheduled to take place on October 28, 2011 be continued to

15 either November 11 or 18, 2011 or as soon thereafter as is convenient for the

16 court.

17 Respectfully submitted.

18 Dated:  October 3, 2011         THIMESCH LAW OFFICES
19                                TIMOTHY S. THIMESCH, ESQ.

20

21                             __/s/ Authorized Signed_____
                               Attorneys for Plaintiff
22                                CRAIG YATES in the Perko's Action

23 Dated:  October 3, 2011         THOMAS E. FRANKOVICH, ESQ.
24                                A PROFESSIONAL LAW
                               CORPORATION

25

26                             __/s/ Authorized Signed_____
                               Attorneys for Plaintiff
27                                CRAIG  YATES in the Safeway Action

28

STIPULATION RE CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
Case No. CV-11-1571 LB

1   Dated:  October 3, 2011          SAFEWAY, INC.
                                     STEPHEN Q. ROWELL, ESQ.
2
                                     //s/ Authorized Signed_____
3
                                     Attorneys for Defendant
4                                    SAFEWAY INC.

5

6
    Dated:  October 3, 2011          GLEN WIENKE
7
                                     /s/ Authorized Signed_____
8                                    PRO SE

9
    Dated:  October 3, 2011          TAMRA WIENKE
10
                                     _____/s/ Authorized Signed_____
11                                   PRO SE

12

13  Dated:   September __, 2011      DYNACO, INC
                                     ROGER JAFFE, ESQ.
14

15
                                     _____/s/ Authorized Signed_____
16                                   Attorneys for DYNACO, INC.

17

18

19

20              **<u>ORDER</u>**

21      IT IS SO ORDERED that the Further Case Management Conference

22  scheduled for October 28, 2011 be continued to _Nov 18_____, 2011.

23  Dated: __10/3/11_____         _____

24                                   Honorable Susan Illston
25                                   Judge, United States District Court

26

27

28

STIPULATION RE CONTINUING FURTHER CASE MANAGEMENT CONFERENCE
Case No. CV-11-1571 LB