IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>        Plaintiff,<br><br>  v.<br><br>SAFEWAY, INC., *et al.*,<br><br>        Defendants.<br>_____/ | No. C 11-1571 SI<br>Related Case No. C 11-0873 SI<br><br>**ORDER REFERRING ACTION TO MAGISTRATE JUDGE NAT COUSINS FOR SETTLEMENT CONFERENCE** |

      Related case C 11-0873 SI has been referred to Magistrate Judge Nat Cousins for a settlement conference. For reasons of judicial efficiency, this related action (C 11-1571 SI) is also referred to Judge Cousins for a co-ordinated settlement conference.

      The parties shall contact Judge Cousins' chambers for details.

Dated: October 12, 2011

                                                        _____<br>
                                                        SUSAN ILLSTON<br>
                                                        United States District Judge