ROGER V. JAFFE (SBN 126818)
Attorney at Law
770 L Street, Suite 950
Sacramento, CA 95814
Phone: (916) 447-8800
Fax:     (916) 447-8801

Attorney for Defendant,
DYNACO, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, | Case No.: CV 11-0873 SI |
| Plaintiff, | |
| vs. | |
| PERKO'S CAFÉ; SAFEWAY, INC.; GLEN WIENKE; TAMRA WIENKE; [LEE ROY CAMPBELL]; DYNACO, INC., and DOES 2 through 50, Inclusive, | NOTICE OF BANKRUPTCY FILING BY DEFENDANT DYNACO, INC. |
| Defendants. | |

TO: THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice Defendant DYNACO, INC. filed on or about November 16, 2011 in the United States Bankruptcy Court in and for the Eastern District of California their Chapter 11 Bankruptcy Case. A true and correct copy of the Notice is attached hereto.

DATE: November 29, 2011          By:          /s/
                                      Roger V. Jaffe, Esq.
                                      *Attorney for Defendant, Dynaco, Inc.*

1

FORM b9f Alt. Notice of Chapter 11 Corporation/Partnership Asset Case  (v.10.11)                                  11−62472 − A − 11



## UNITED STATES BANKRUPTCY COURT
### Eastern District of California

Robert E. Coyle United States Courthouse
2500 Tulare Street, Suite 2501
Fresno, CA 93721–1318

(559) 499–5800
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM

**FILED**

**11/21/11**

CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

lbef

## Notice of Chapter 11 Bankruptcy Case, Meeting of Creditors, & Deadlines

A chapter 11 bankruptcy case concerning the debtor(s) listed below was filed on 11/16/11.
You may be a creditor of the debtor. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below. NOTE: The staff of the bankruptcy clerk's office cannot give legal advice.

**Case Number:** 11−62472 − A − 11

Debtor Name(s), Last four digits of Social Security or Individual Taxpayer ID (ITIN) No(s)./Complete EIN, and Address:

Dynaco, Inc.

94–2203321

10 Riverpark Place East, Suite 104
Fresno, CA 93720

ALL OTHER NAMES USED BY THE DEBTOR(S) IN THE LAST 8 YEARS (Include married, maiden, and trade names):

Dynaco Meat
Dynaco Equipment
Dynaco Food Service

**Debtor's Attorney:**  Hilton A. Ryder
5 River Park Place East
PO Box 28912
Fresno, CA 93729–8912

**Telephone Number:** (559) 433–1300

### MEETING OF CREDITORS

**Location:** Robert E. Coyle United States Courthouse, 2500 Tulare Street, Room 1452, 1st Floor, Fresno, CA

**Date & Time:** 12/19/11  01:30 PM

The debtor's representative must be present at the meeting to be questioned under oath by the trustee and by creditors.

**Deadlines** – Papers must be *received* by the bankruptcy clerk's office by the following deadlines:

**Deadline to File a Proof of Claim:**
For all creditors (except a governmental unit): 3/19/12    For a governmental unit: 5/14/12
**Deadline to File a Complaint to Determine Dischargeability of Certain Debts: 2/17/12**
**Creditor with a Foreign Address:** A creditor to whom this notice is sent at a foreign address should read the information under "Claims" on the reverse side.

### Creditors May Not Take Certain Actions

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

### See Reverse Side For Important Explanations.

Dated:
11/21/11

For the Court,
Wayne Blackwelder, Clerk

019019                                      82604019038027

**PROOF OF SERVICE**
UNITED STATES DISTRICT COURT,
NORHTERN DISTRICT OF CALIFORNIA
Case No.: CV-11-0873 SI

The undersigned declares:

I am a citizen of the United States and a resident of the County of Sacramento. I am over the age of 18 years and not a party to the within above-entitled action; my business address is 770 L Street, Suite 950, Sacramento, California 95814.

I am readily familiar with this law firm's practice for collection and processing of correspondence for mailing with the United States Postal Service; said correspondence will be deposited with the United States Postal Service the same day in the ordinary course of business.

On the date specified below, I served the within     NOTICE OF BANKRUPTCY BY DEFENDANT DYNACO, INC on the attorney(s) for plaintiff in said action as addressed below by causing the originals thereof to be:

**XX**      **SEE ATTACHED SERVICE LIST**

**XX**      **placed in a sealed envelope** with postage thereon fully prepaid in the designated area for outgoing mail;

_____     **personally served;**

_____     **telecopy by facsimile;**

_____     **express mailed.**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on November 29, 2011 at Sacramento, California.

/s/
Roger V. Jaffe

**ATTACHED SERVICE LIST:**

GLEN WIENKE
829 11th Street
Lakeport, CA 95453
Fax: 707-262-1160
Email: gwienke@yahoo.com
PRO SE

TAMRA WIENKE
829 11th Street
Lakeport, CA 95453
Fax: 707-262-1160
Email: gwienke@yahoo.com
PRO SE