IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YATES,  No. C 11-00873 SI

    Plaintiff,  **ORDER**

v.
PERKO'S CAFÉ ET AL,

    Defendant.
                                           /

    The Court has reviewed defendant DYNACO's , suggestion of bankruptcy filed on November 29, 2011.

    This case clearly meets the criteria of <u>Guide to Judiciary Policies and Procedures</u>, Chapter V of Volume XI, for statistical closing.

    THEREFORE IT IS HEREBY ORDERED that this case shall be closed.

Dated:   12/14/11

SUSAN ILLSTON
United States District Judge